# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | CHAPTER 7 |
|---|---|
| PERRY R. WEIGUM, | No. 01-50176 |
| Debtor. | ORDER REOPENING CASE |

This matter has come before the undersigned on the debtor's Application to Reopen Case. Having reviewed the pleadings and record herein, the Court considers itself duly-apprised of the premises. It is now, therefore

ORDERED that the Application to Reopen the Case is hereby granted.

**///END OF ORDER\\\**

Presented by:

*/s/Dorothy A. Bartholomew*
Dorothy A. Bartholomew
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Attorney for Perry Weigum

Application to Reopen Case
S:\Closed Cases\W\WE\Weigum, Perry\Reopen case.wpd